UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. CORREIA, | Case No.  26-cv-02997-AGT |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SSA COMMISSIONER, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Robert M. Illman for consideration of whether the case is related to *Correia v. Commissioner of Social Security*, No. 24-cv-04264-RMI.

**IT IS SO ORDERED.**

Dated: April 16, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California