UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. CORREIA, | Case No.: 1:26-cv-02997-RMI |
| Plaintiff, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for Plaintiff to file his brief in this case.  The current due date is July 6, 2026.  Plaintiff requests a 30-day extension of time, making the new due date for Plaintiff to file and serve his brief no later than August 5, 2026.  This amendment to the briefing schedule will change the due dates in this case as follows:  Defendant will file the Commissioner's Brief no later than September 4, 2026.  Plaintiff may file an optional Reply Brief no later than September 18, 2026.

Good cause exists for this request.  Plaintiff's counsel has worked diligently to comply with the Court's deadlines.  However, she has four competing deadlines in the second week of

STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME - 1

July and requires an additional 30 days to prepare the brief in this case.  Plaintiff's counsel contacted Defendant's counsel, and she agreed to stipulate to this request for extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE:  July 1, 2026                                Respectfully submitted,


                                                By:    */s/ Margaret Lehrkind*
                                                       MARGARET LEHRKIND
                                                       Attorney for Plaintiff


                                                By:    */s/ Erin Highland*
                                                       (as authorized via email on 7/1/26)
                                                       ERIN HIGHLAND
                                                       Special Assistant U.S. Attorney
                                                       Attorneys for Defendant

                                                ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:   July 2, 2026            _____
                                 THE HONORABLE ROBERT M. ILLMAN
                                 United States Magistrate Judge


STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME - 2