UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN S. CORREIA,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 1:26-cv-02997-RMI<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon receipt of the court order, the Appeals Council will again direct the Administrative Law Judge to reevaluate the claimant's alleged symptoms and limitations, reassess the residual functional capacity, and, as needed, obtain new vocational expert evidence. The Administrative Law Judge will make efforts to develop the record, offer the claimant the opportunity for a new hearing, and issue a

new decision.

Dated: August 27, 2026

By: */s/ Maragaret Lehrkind*
MARGARET LEHRKIND
(as authorized by email)
Attorney for Plaintiff

Dated: August 27, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: August 31, 2026

THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge