UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

BENJAMIN S. CORREIA,
Plaintiff,
vs.
COMMISSIONER OF SOCIAL SECURITY,
Defendant.

CIVIL NO. 1:26-cv-02997-RMI

~~PROPOSED~~ JUDGMENT

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on August 31, 2026.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 31st day of August, 2026

THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy
Social Security Administration