Margaret Lehrkind, CSBN 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com
Attorney for Plaintiff
BENJAMIN S. CORREIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN S. CORREIA,<br><br>Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 1:26-cv-02997-RMI<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

The parties, through their respective counsel, hereby agree that the position of the United States in this matter was not substantially justified, and as such, attorney fees in the amount of $9,100.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs of $0, pursuant to 28 U.S.C. § 1920. Such attorney fees shall be subject to verification that Plaintiff has no debt which qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer for EAJA fees shall be made payable to Plaintiff's attorney, Margaret Lehrkind, based upon Plaintiff's assignment of these amounts to her. *See* Exhibit –

Retainer Agreement. If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and mailed to counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE: September 29, 2026

Respectfully submitted,

Lehrkind Law Office, P.C.

By: *__/s/ Margaret Lehrkind__*
Margaret Lehrkind
Attorney for Plaintiff

DATE: September 29, 2026

By: *__/s/ Erin Highland*__*
Erin Highland
**As authorized via email on 9/29/26*
Special Assistant United States Attorney
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATE: September 30, 2026

______________________________
HONORABLE ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE